PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN HOUSTON, | ) | CASE NO. 1:25-CV-2620 |
| Plaintiff, | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | ) | [Regarding ECF No. 13] |

On October 5, 2026, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's applications for a period of disability and Disability Insurance Benefits be affirmed. *See* ECF No. 13.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by October 19, 2026. Neither party filed objections. Accordingly, the Court adopts the Report and

Recommendation. ECF No. 13. The Commissioner's decision denying Plaintiff's request for a period of disability and Disability Insurance Benefits is affirmed.

IT IS SO ORDERED.

October 20, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge